QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (CA Bar No. 243473)
  margretcaruso@quinnemanuel.com
Carolyn M. Homer (CA Bar No. 286441)
  carolynhomer@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Plaintiff*
*Google Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Google Inc.**, | Case No. 5:17-cv-04207 |
| Plaintiff, | **GOOGLE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| **Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**, | |
| Defendants. | |

## GOOGLE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Google Inc.
- Alphabet Inc., Holding Company of Google Inc.

## GOOGLE'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Google discloses the following:

- Google Inc. is a wholly owned subsidiary of Alphabet Inc., a publicly-held corporation; accordingly, Alphabet Inc., has more than 10% ownership of Google Inc.

DATED: July 24, 2017         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Margret M. Caruso
Margret M. Caruso
Carolyn M. Homer

*Attorneys for Plaintiff Google Inc.*