QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (CA Bar No. 243473)
  margretcaruso@quinnemanuel.com
Carolyn M. Homer (CA Bar No. 286441)
  carolynhomer@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

*Attorneys for Plaintiff
Google Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Google Inc.**, | Case No. 17-cv-04207-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |
| vs. | |
| **Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**, | |
| Defendants. | |

Plaintiff Google Inc. ("Google") has applied for a preliminary injunction preventing Defendants Equustek Solutions Inc., Clarma Enterprises Inc., and Robert Angus (collectively, "Equustek") from enforcing a Canadian order enjoining Google from displaying within the United States certain links associated with the "Datalink" business in Google's search results.

Having considered the application:

**GOOGLE'S MOTION FOR A PRELIMINARY INJUNCTION IS GRANTED.**

Enforcement of the Canadian Order against Google in the United States concerning search results in the United States is preliminarily enjoined. Google is likely to succeed on the merits of establishing that the Canadian Order is not enforceable against Google in the United States concerning search results in the United States. Specifically, Google is likely to succeed in showing that enforcement of the Canadian Order is repugnant to United States law as inconsistent with the First Amendment, abrogates Google's civil immunity under Section 230 of the Communications Decency Act, and trespasses on international comity. Google is currently facing irreparable harm due to its inability to exercise its First Amendment rights. The balance of equities and public interest weigh in Google's favor.

Consistent with international comity, nothing in this order shall be construed as affecting the ability of Equustek to seek further proceedings regarding the display by Google within Canada of search results referencing the Datalink websites.

**IT IS SO ORDERED.**

DATED: _____, 2017

By _____
Hon. Edward J. Davila
United States District Judge
Northern District of California