QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (CA Bar No. 243473)
  margretcaruso@quinnemanuel.com
Carolyn M. Homer (CA Bar No. 286441)
  carolynhomer@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

*Attorneys for Plaintiff*
*Google Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Google Inc.**, | Case No. 5:17-cv-04207-EJD |
| Plaintiff, | **GOOGLE INC.'S PROOF OF SERVICE OF SUMMONS AND PRELIMINARY INJUNCTION PAPERS ON EQUUSTEK SOLUTIONS INC.** |
| vs. | |
| **Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**, | |
| Defendants. | |

Case No. 5:17-cv-04207-EJD
GOOGLE INC.'S PROOF OF SERVICE OF SUMMONS AND PRELIMINARY INJUNCTION PAPERS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Northern District of California

| | |
|---|---|
| Google Inc. <br><br> *Plaintiff(s)* <br> v. <br> Equustek Solutions Inc. <br> Clarma Enterprises Inc. <br> Robert Angus <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:17-cv-04207 NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Equustek Solutions Inc.
5489 Byrne Road
Burnaby, British Columbia V5J3J1
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Margret Caruso
> Quinn Emanuel Urquhart & Sullivan LLP
> 555 Twin Dolphin Drive, Fl. 5
> Redwood Shores, CA 94065
> Counsel for Google Inc.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK *Susan Y. Soong*

Date: July 25, 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-04207

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Equstek Solutions Inc__
was received by me on *(date)* __July 26th, 2017__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Bob Huth, Manager__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__Equstek Solutions Inc.__ on *(date)* __July 26th, 2017__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __July 28, 2017__

_____
Server's signature

__CARRIE-LEE GODFREY, process server__
Printed name and title

__#1230-777 Hornby Street, Vancouver, BC__
Server's address
__V6Z 1S4 Canada__

Additional information regarding attempted service, etc: __Also Served:__

① Civil Cover Sheet
② Complaint
③ Judge Davila Standing order
④ Notice of Case Management Conference
⑤ ND Cal Standing Order
⑥ Notice of Motion and Memorandum in Support
⑦ Declaration of Andrew Strait
⑧ Declaration of Stephen Schachter
⑨ Declaration of Margret Caruso
⑩ Proposed Order