1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (CA Bar No. 243473)
  margretcaruso@quinnemanuel.com
Carolyn M. Homer (CA Bar No. 286441)
  carolynhomer@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

*Attorneys for Plaintiff*
*Google Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Google Inc.,** | Case No. 5:17-cv-04207-EJD |
| Plaintiff, | **GOOGLE INC.'S PROOF OF SERVICE OF SUMMONS AND PRELIMINARY INJUNCTION PAPERS ON CLARMA ENTERPRISES INC.** |
| vs. | |
| **Equustek Solutions Inc., Clarma Enterprises Inc.**, and **Robert Angus**, | |
| Defendants. | |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| Google Inc. | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  5:17-cv-04207  NC |
| Equustek Solutions Inc. | ) |
| Clarma Enterprises Inc. | ) |
| Robert Angus | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Clarma Enterprises Inc.
c/o Officer and Director Robert Angus
1838 West 19th Avenue
Vancouver, British Columbia V6J2N9
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Margret Caruso
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, Fl. 5
Redwood Shores, CA 94065
Counsel for Google Inc.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Susan Y. Soong

Date:  July 25, 2017

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   5:17-cv-04207

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  *Clarma Enterprises Inc.*
was received by me on *(date)*  *July 26, 2017* .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  *Lagrimas Tamayao, Receptionist* , who is
designated by law to accept service of process on behalf of *(name of organization)*
*Clarma Enterprises Inc.*  on *(date)* *July 21, 2017* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  *July 28th, 2017*

*Carrie-Lee Godfrey*
Server's signature

*Carrie-Lee Godfrey*
Printed name and title

*#1230-777 Hornby St. Vancouver, B.C.*
Server's address
*Canada.*
*V6Z 1S4*

Additional information regarding attempted service, etc:
1) *Civil Cover Sheet*
2) *Complaint*
3) *Judge Davila Standing Order*
4) *Notice of Case Management Conference*
5) *Notice NO Cal Standing Order*
6) *Notice of Motion and Memorandum in Support*
7) *Declaration of Andrew Strait*
8) *Declaration of Stephen Schachter*
9) *Declaration of Margret Caruso*
10) *Proposed Order*