1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (CA Bar No. 243473)

2

  margretcaruso@quinnemanuel.com
Carolyn M. Homer (CA Bar No. 286441)

3

  carolynhomer@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor

4

Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000

5

Facsimile:    (650) 801-5100

6

*Attorneys for Plaintiff*
*Google Inc.*

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9

**SAN JOSE DIVISION**

10

11

**Google Inc.,**

Case No. 5:17-cv-04207-EJD

12

Plaintiff,

**GOOGLE INC.'S PROOF OF SERVICE OF SUMMONS AND PRELIMINARY INJUNCTION PAPERS ON ROBERT ANGUS**

13

vs.

14

15

**Equustek Solutions Inc., Clarma Enterprises Inc.,** and **Robert Angus,**

16

Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | |
|---|---|
| Google Inc. ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No.  5:17-cv-04207 NC |
| Equustek Solutions Inc. ) | |
| Clarma Enterprises Inc. ) | |
| Robert Angus ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Robert Angus
1838 West 19th Avenue
Vancouver, British Columbia V6J2N9
Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Margret Caruso
> Quinn Emanuel Urquhart & Sullivan LLP
> 555 Twin Dolphin Drive, Fl. 5
> Redwood Shores, CA 94065
> Counsel for Google Inc.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  Susan Y. Soong

Date:  July 25, 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:17-cv-04207

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ROBERT ANGUS

was received by me on *(date)*  JULY 26. 2017

☑ I personally served the summons on the individual at *(place)*  1838 WEST 19TH AVENUE
VANCOUVER, B.C. V6J2N9 CANADA on *(date)*  JULY 27. 2017 or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date JULY 28. 17

_____
*Server's signature*

RODERICK DAVID LIVINGSTON
*Printed name and title*

#1230 - 777 HORNBY ST. VANCOUVER
B.C. V6Z 1S4
*Server's address*

Additional information regarding attempted service, etc:
1) CIVIL COVER SHEET
2) COMPLAINT
3) JUDGE DAVILA STANDING ORDER
4) NOTICE OF CASE MANAGEMENT CONFERENCE
5) NO CAL STANDING ORDER
6) NOTICE OF MOTION AND MEMORANDUM IN SUPPORT
7) DECLARATION OF ANDREW STRAIT
8) DECLARATION OF STEPHEN SCHACHTER
9) DECLARATION OF MARGRET CARUSO
10) PROPOSED ORDER