CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
AARON MACKEY (SBN 286647)
amackey@eff.org
VERA RANIERI (SBN 271594)
vera@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Amici Curiae
Electronic Frontier Foundation, Computer & Communications Industry Association, Center for Democracy & Technology, and Public Knowledge

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **GOOGLE INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **EQUUSTEK SOLUTIONS INC., CLARMA ENTERPRISES, INC., AND ROBERT ANGUS,** <br><br> Defendants. | No. 5:17-cv-04207-EJD <br><br> **CERTIFICATE OF INTERESTED ENTITIES OR PARTIES** <br><br> LOCAL RULE 3-15 |

**CERTIFICATE OF INTERESTED ENTITIES OR PARTIES**

Pursuant to Civil L.R. 3-15, the undersigned certifies that of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

DATED: August 7, 2017

By  */s/ Corynne McSherry*
Corynne McSherry

Aaron Mackey
Vera Ranieri
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
corynne@eff.org

Attorneys for Amici Curiae
Electronic Frontier Foundation, Computer &
Communications Industry Association,
Center for Democracy & Technology,
and Public Knowledge