CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
AARON MACKEY (SBN 286647)
amackey@eff.org
VERA RANIERI (SBN 271594)
vera@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Amici Curiae
Electronic Frontier Foundation, Computer &
Communications Industry Association,
Center for Democracy & Technology, and Public
Knowledge

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **GOOGLE INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **EQUUSTEK SOLUTIONS INC., CLARMA ENTERPRISES, INC., AND ROBERT ANGUS,** <br><br> Defendants. | No. 5:17-cv-04207-EJD <br><br> **NOTICE OF APPEARANCE OF AARON MACKEY AS COUNSEL FOR AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION, COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, CENTER FOR DEMOCRACY & TECHNOLOGY, AND PUBLIC KNOWLEDGE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Aaron Mackey, of the Electronic Frontier Foundation, hereby enter my appearance as counsel for amici curiae Electronic Frontier Foundation, Computer & Communications Industry Association, Center for Democracy & Technology, and Public Knowledge, in this matter.  I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  My address and telephone number are as follows:

> Electronic Frontier Foundation
> 815 Eddy Street
> San Francisco, CA  94109
> Tel:  (415) 436-9333
> Fax:  (415) 436-9993

Please serve said counsel with all pleadings and notices in this action.

Respectfully submitted,

DATED: August 7, 2017

By  */s/ Aaron Mackey*
    Aaron Mackey

Corynne McSherry
Vera Ranieri
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
amackey@eff.org

Attorneys for Amici Curiae
Electronic Frontier Foundation, Computer &
Communications Industry Association,
Center for Democracy & Technology,
and Public Knowledge