CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
AARON MACKEY (SBN 286647)
amackey@eff.org
VERA RANIERI (SBN 271594)
vera@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Amici Curiae
Electronic Frontier Foundation, Computer &
Communications Industry Association,
Center for Democracy & Technology,
and Public Knowledge

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **GOOGLE INC.,**<br><br>         Plaintiff,<br><br>v.<br><br>**EQUUSTEK SOLUTIONS INC., CLARMA ENTERPRISES, INC., AND ROBERT ANGUS,**<br><br>         Defendants. | No. 5:17-cv-04207-EJD<br><br>**NOTICE OF APPEARANCE OF VERA RANIERI AS COUNSEL FOR AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION, COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, CENTER FOR DEMOCRACY & TECHNOLOGY, AND PUBLIC KNOWLEDGE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, Vera Ranieri, of the Electronic Frontier Foundation, hereby enter my appearance as counsel for amici curiae Electronic Frontier Foundation, Computer & Communications Industry Association, Center for Democracy & Technology, and Public Knowledge in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone number are as follows:

> Electronic Frontier Foundation
> 815 Eddy Street
> San Francisco, CA  94109
> Tel:  (415) 436-9333
> Fax:  (415) 436-9993

Please serve said counsel with all pleadings and notices in this action.

Respectfully submitted,

DATED: August 7, 2017

By   /s/ Vera Ranieri
     Vera Ranieri

Corynne McSherry
Aaron Mackey
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
vera@eff.org

Attorneys for Amici Curiae
Electronic Frontier Foundation, Computer & Communications Industry Association, Center for Democracy & Technology, and Public Knowledge