| | |
|---|---|
| 1 | CORYNNE MCSHERRY (SBN 221504) |
| | corynne@eff.org |
| 2 | AARON MACKEY (SBN 286647) |
| | amackey@eff.org |
| 3 | VERA RANIERI (SBN 271594) |
| | vera@eff.org |
| 4 | ELECTRONIC FRONTIER FOUNDATION |
| | 815 Eddy Street |
| 5 | San Francisco, CA 94109 |
| | Telephone: (415) 436-9333 |
| 6 | Facsimile: (415) 436-9993 |

Attorneys for Amici Curiae
Electronic Frontier Foundation, Computer &
Communications Industry Association,
Center for Democracy & Technology,
and Public Knowledge

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **GOOGLE INC.,** | No. 5:17-cv-04207-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING THE MOTION OF ELECTRONIC FRONTIER FOUNDATION, COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, CENTER FOR DEMOCRACY & TECHNOLOGY, AND PUBLIC KNOWLEDGE FOR LEAVE TO FILE BRIEF AMICUS CURIAE** |
| v. | |
| **EQUUSTEK SOLUTIONS INC., CLARMA ENTERPRISES, INC., AND ROBERT ANGUS,** | |
| Defendants. | |

Before the Court is the motion to file a brief amicus curiae by Electronic Frontier Foundation, Computer & Communications Industry Association, Center for Democracy & Technology, and Public Knowledge in Support of Plaintiff's Motion for Preliminary Injunction.

Having considered the pleadings and good cause appearing, it is hereby **ORDERED** that the motion for leave to file an amicus curiae brief is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____     _____
Hon. Edward J. Davila
United States District Judge