CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
AARON MACKEY (SBN 286647)
amackey@eff.org
VERA RANIERI (SBN 271594)
vera@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Amici Curiae
Electronic Frontier Foundation, Computer &
Communications Industry Association,
Center for Democracy & Technology,
and Public Knowledge

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **GOOGLE INC.,** | No. 5:17-cv-04207-EJD |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| **EQUUSTEK SOLUTIONS INC., CLARMA ENTERPRISES, INC., AND ROBERT ANGUS,** | |
| Defendants. | |

I, Cynthia Dominguez, do hereby affirm that I am over the age of 18 years and not a party to the within action.  My business address is 815 Eddy Street San Francisco, California 94109.

On August 7, 2017 I served the following documents:

- Notice of Motion and Motion for Leave to File Proposed Amicus Curiae Brief of Electronic Frontier Foundation, Computer & Communications Industry Association, Center for Democracy & Technology, and Public Knowledge
    - [Proposed] Amicus Curiae Brief of Electronic Frontier Foundation, Computer & Communications Industry Association, Center for Democracy & Technology, and Public Knowledge
    - [Proposed] Order
- Notice of Appearance of Vera Ranieri
- Notice of Appearance of Aaron Mackey
- Certificate of Interested Parties

on the person(s) below as follows:

X   By overnight delivery.  I enclosed the documents in an envelope provided by an overnight delivery carrier and addressed to the persons listed below:

Equustek Solutions Inc.
Bob Huth, manager
5489 Byrne Road
Burnaby, British Columbia V5J3J1
Canada

Clarma Enterprises Inc.,
c/o Officer and Director Robert Angus
1838 West 19th Avenue
Vancouver, British Columbia V6J2N9
Canada

Robert Angus
1838 West 19th Avenue
Vancouver, British Columbia  V6J2N9
Canada

    I deposited the sealed envelopes for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.  I am a resident of the county where the mailing occurred.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on August 7, 2017.

By _____*Cynthia Dominguez*_____
     Cynthia Dominguez