QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (CA Bar No. 243473)
  margretcaruso@quinnemanuel.com
Carolyn M. Homer (CA Bar No. 286441)
  carolynhomer@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Plaintiff*
*Google Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **Google Inc.**, | Case No. 5:17-cv-04207-EJD |
| Plaintiff, | **STIPULATION TO ENLARGE TIME FOR BRIEFING AND HEARING ON GOOGLE'S MOTION FOR A PRELIMINARY INJUNCTION** |
| vs. | |
| **Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**, | |
| Defendants. | |

Pursuant to Civil L.R. 6-2, Google Inc. ("Google"), at the request of Defendants Equustek Solutions Inc., Clarma Enterprises Inc. and Robert Angus (collectively "Equustek"), hereby requests the Court enlarge the time to brief and hear Google's Motion for a Preliminary Injunction (Dkt. 16).

In the Canadian proceedings which gave rise to this dispute, Equustek was represented by Robert Fleming, an attorney in Vancouver, Canada. Mr. Fleming has informed counsel for Google that Equustek has not yet retained counsel in the United States. Equustek therefore has requested additional time to respond to Google's Motion for a Preliminary Injunction. Google has assented to that request. Equustek and Google agree that this extension is without prejudice to any legal arguments either may choose to make in this proceeding, including irreparable harm.

Therefore, Google respectfully requests that all dates in connection with Google's motion be reset as follows: the hearing on Google Inc.'s Motion for Preliminary Injunctive Relief will be moved from September 14, 2017 to October 5, 2017; Equustek's Opposition Brief will be due September 7, 2017, and Google's Reply Brief will be due September 21, 2017.

This Stipulation is supported by the Declaration of Margret M. Caruso, filed concurrently herewith. Counsel for Google has obtained Equustek's consent to this stipulation, through Mr. Fleming, although he cannot sign it because he only represents Equustek in Canada and is not admitted to practice in the United States.

Google has also agreed to extend Equustek's time to respond to the Complaint to September 7, 2017, which does not require a Court order pursuant to Civil L.R. 6-1(a).

DATED: August 10, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  /s/ Margret M. Caruso
Margret M. Caruso
Carolyn M. Homer

*Attorneys for Plaintiff
Google Inc.*