1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Margret M. Caruso (CA Bar No. 243473)
2     margretcaruso@quinnemanuel.com
   Carolyn M. Homer (CA Bar No. 286441)
3     carolynhomer@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065-2139
   Telephone:     (650) 801-5000
5  Facsimile:     (650) 801-5100

6  *Attorneys for Plaintiff*
   *Google Inc.*
7

8                  **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
9                         **SAN JOSE DIVISION**

| | |
|---|---|
| **Google Inc.**, | Case No. 5:17-cv-04207-EJD |
| Plaintiff, | **DECLARATION OF MARGRET M. CARUSO IN SUPPORT OF STIPULATION TO ENLARGE TIME FOR BRIEFING AND HEARING ON GOOGLE'S MOTION FOR A PRELIMINARY INJUNCTION** |
| vs. | |
| **Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**, | |
| Defendants. | |

I, Margret M. Caruso, hereby declare as follows:

1. I am a Partner of the firm Quinn Emanuel Urquhart & Sullivan LLP and counsel for Plaintiff Google Inc. ("Google") in this case. I make this declaration of personal, firsthand knowledge except as otherwise noted, and if called and sworn as a witness, I could and would testify competently as follows.

2. Google initiated this case on July 24, 2017 (Dkt. 1). Defendants Equustek Solutions Inc., Clarma Enterprises Inc. and Robert Angus (collectively "Equustek") were served with the Complaint and Preliminary Injunction papers on July 26 and 27, as reflected at Dkt. 17-19. On July 27, 2017, Google filed a Motion for a Preliminary Injunction (Dkt. 16).

3. On August 4, 2017, Canadian Counsel for Equustek, Mr. Robert Fleming, contacted me and requested an enlargement of time for Equustek respond to the Complaint and Preliminary Injunction Motion. He informed me that Equustek had not yet retained counsel in the United States.

4. I agreed to this request and that Equustek's response to the Complaint would be due September 7, but I informed Mr. Fleming that it is necessary to file a stipulation with the Court to change the dates regarding the Preliminary Injunction Motion. Through further communications, we agreed that the schedule set forth below for the Preliminary Injunction would be mutually agreeable to our clients. On August 10, Mr. Fleming confirmed that he could not sign the stipulation submitted herewith because he is not admitted to practice in the United States, but that I had Equustek's agreement to file this stipulation, provided it is without prejudice to any party's position.

5. On August 9, 2017, my colleague and I cleared the October 5, 2017 hearing date with the Court's clerk.

6. The effect of this request is to change the following case dates:

- Equustek's Opposition Brief will be due September 7, 2017 (extended from August 10, 2017)
- Google's Reply Brief will be due September 21, 2017 (extended from August 17, 2017)

- The Preliminary Injunction Hearing will take place October 5, 2017 (extended from September 14, 2017)

7. This is the first time modification that has been sought in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day in Redwood Shores, California.

DATED: August 10, 2017

*/s/ Margret M. Caruso*
Margret M. Caruso

*Attorney for Plaintiff*
*Google Inc.*