**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Google Inc.**, <br><br> Plaintiff, <br><br> vs. <br><br> **Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**, <br><br> Defendants. | Case No. 5:17-cv-04207-EJD <br><br> **[PROPOSED ORDER] GRANTING STIPULATION TO ENLARGE TIME FOR BRIEFING AND HEARING ON GOOGLE'S MOTION FOR A PRELIMINARY INJUNCTION** |

Plaintiff Google Inc. ("Google"), at the request of Defendants Equustek Solutions Inc., Clarma Enterprises Inc. and Robert Angus (collectively "Equustek"), has filed a Stipulation To Enlarge Time For Briefing And Hearing On Google's Motion For A Preliminary Injunction.

Having considered the Stipulation, the Declaration of Margret M. Caruso in support, and good cause to seal having been shown, the Court **ENLARGES** the time in connection with the preliminary injunction proceedings as set forth below.  This enlargement is without prejudice to any legal argument the parties may make, including any argument regarding irreparable harm by Google and any argument by Equuestek that the Court does not have personal jurisdiction over it.

- Equustek's Opposition Brief will be due on September 7, 2017
- Google's Reply Brief will be due on September 21, 2017
- The Preliminary Injunction Hearing will take place on October 5, 2017 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  __August 11__, 2017

Hon. Edward J. Davila
United States District Judge
Northern District of California