CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
AARON MACKEY (SBN 286647)
amackey@eff.org
VERA RANIERI (SBN 271594)
vera@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Amici Curiae
Electronic Frontier Foundation, Computer &
Communications Industry Association,
Center for Democracy & Technology,
and Public Knowledge

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **GOOGLE INC.,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**EQUUSTEK SOLUTIONS INC., CLARMA ENTERPRISES, INC., AND ROBERT ANGUS,**<br><br>　　　　　　　　　　Defendants. | No. 5:17-cv-04207-EJD<br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF ELECTRONIC FRONTIER FOUNDATION, COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION, CENTER FOR DEMOCRACY & TECHNOLOGY, AND PUBLIC KNOWLEDGE FOR LEAVE TO FILE BRIEF AMICUS CURIAE** |

(Note: "PROPOSED" in the title above is struck through.)

1  Before the Court is the motion to file a brief amicus curiae by Electronic Frontier Foundation, Computer & Communications Industry Association, Center for Democracy & Technology, and Public Knowledge in Support of Plaintiff's Motion for Preliminary Injunction.

Having considered the pleadings and good cause appearing, it is hereby **ORDERED** that the motion for leave to file an amicus curiae brief is **GRANTED**.

**IT IS SO ORDERED.**

DATED: August 23, 2017

_____
Hon. Edward J. Davila
United States District Judge