1   CORYNNE MCSHERRY (SBN 221504)
    corynne@eff.org
2   AARON MACKEY (SBN 286647)
    amackey@eff.org
3   VERA RANIERI (SBN 271594)
    vera@eff.org
4   ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
5   San Francisco, CA 94109
    Telephone: (415) 436-9333
6   Facsimile: (415) 436-9993

7

8   Attorneys for Amici Curiae
    Electronic Frontier Foundation, Computer &
9   Communications Industry Association,
    Center for Democracy & Technology,
10  and Public Knowledge

11

12              UNITED STATES DISTRICT COURT

13        FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                   SAN JOSE DIVISION

15

16  **GOOGLE INC.,**                    )   No. 5:17-cv-04207-EJD
                                         )
17                      Plaintiff,       )   **PROOF OF SERVICE**
                                         )
18        v.                             )
                                         )
19  **EQUUSTEK SOLUTIONS INC., CLARMA**  )
    **ENTERPRISES, INC., AND ROBERT**    )
20  **ANGUS,**                           )
                                         )
21                                       )
                          Defendants.    )
22  _____     )

23

24

25

26

27

28

I, Cynthia Dominguez, do hereby affirm that I am over the age of 18 years and not a party to the within action.  My business address is 815 Eddy Street San Francisco, California 94109.

On August 23, 2017 I served the following document:

- Order (signed by Judge Donato on August 23, 2017) Filing Amicus Curiae Brief of Electronic Frontier Foundation, Computer & Communications Industry Association, Center for Democracy & Technology, and Public Knowledge

on the person(s) below as follows:

X    By United States Postal Service International.  I enclosed the documents in a plain envelope and addressed to the persons listed below:

On August 25, 2017 I served the following documents:

- Amicus Curiae Brief of Electronic Frontier Foundation, Computer & Communications Industry Association, Center for Democracy & Technology, and Public Knowledge [Dkt. No. 28]

on the person(s) below as follows:

X    By overnight delivery.  I enclosed the documents in an envelope provided by an overnight delivery carrier and addressed to the persons listed below:

Equustek Solutions Inc.
Bob Huth, manager
5489 Byrne Road
Burnaby, British Columbia V5J3J1
Canada

Clarma Enterprises Inc.,
c/o Officer and Director Robert Angus
1838 West 19th Avenue
Vancouver, British Columbia V6J2N9
Canada

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert Angus
1838 West 19th Avenue
Vancouver, British Columbia  V6J2N9
Canada

  I deposited the sealed envelopes for collection and overnight delivery at an office or a regularly utilized drop box of the United States Postal Service and overnight delivery carrier.  I am a resident of Alameda County and my business address is located in the county where the mailing occurred.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on August 25, 2017.

       By _____
         Cynthia Dominguez