Marcia Hofmann (SBN 250087)
ZEITGEIST LAW PC
25 Taylor St.
San Francisco, CA 94102
Email: marcia@zeitgeist.law
Telephone: (415) 830-6664

Counsel for Amicus Curiae
WIKIMEDIA FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GOOGLE, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EQUUSTEK SOLUTIONS INC., CLARMA ENTERPRISES, INC., and ROBERT ANGUS,<br><br>　　　　　Defendants. | Case No. 5:17-cv-04207-EJD<br><br>**NOTICE OF APPEARANCE OF MARCIA HOFMANN** |

TO THE CLERK OF THE COURT AND ALL PARTIES:

Please enter the appearance of Marcia Hofmann of Zeitgeist Law PC as counsel of record in the above-captioned matter for amicus curiae Wikimedia Foundation.

DATED:  September 15, 2017				Respectfully submitted,


						 /s/ *Marcia Hofmann*
						Marcia Hofmann
						ZEITGEIST LAW PC
						25 Taylor Street
						San Francisco, CA 94102
						Email: marcia@zeitgeist.law
						Telephone: (415) 830-6664

						Counsel for Amicus Curiae
						WIKIMEDIA FOUNDATION