Marcia Hofmann (SBN 250087)
ZEITGEIST LAW PC
25 Taylor St.
San Francisco, CA 94102
Email: marcia@zeitgeist.law
Telephone: (415) 830-6664

Counsel for Amicus Curiae
WIKIMEDIA FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EQUUSTEK SOLUTIONS INC., CLARMA ENTERPRISES, INC., and ROBERT ANGUS, <br><br> Defendants. | Case No. 5:17-cv-04207-EJD <br><br> **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF THE WIKIMEDIA FOUNDATION AND DECLARATION OF JACOB ROGERS IN SUPPORT OF GOOGLE'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** <br><br> Date: October 26, 2017 <br> Time: 9:00 a.m. <br> Place: Courtroom 4, 5th Floor <br> Judge: Hon. Edward J. Davila |

Mot. for Leave to File Amicus Curiae Brief and Rogers Decl.
in Supp. of Google's Mot. for Prelim. Inj. Relief
Case No. 5:17-cv-04207-EJD

**TO THE PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 26, 2017, at 9:00 a.m., or as soon thereafter as the matter can be heard in Courtroom 4 of the United States District Court, Northern District of California, San Jose Division, on the 5th Floor at 280 South 1st Street, San Jose, California, the Wikimedia Foundation ("Wikimedia") will move for leave to file an amicus curiae brief and accompanying declaration of Jacob Rogers in support of Plaintiff's motion for preliminary injunctive relief. Google consents to this motion. Defendants have not consented to the filing.

Counsel is prepared to argue this matter on the date noticed above, but Wikimedia has no objection if the Court prefers to decide this matter on the papers.

**STATEMENT OF INTEREST**

The Wikimedia Foundation is a public serving, not-for-profit based in San Francisco, California. Wikimedia closely followed the dispute underlying this case in the Canadian courts and intervened in that litigation with permission from the Supreme Court of Canada. *See Google Inc. v. Equustek Solutions Inc.*, 2017 SCC 34.[1]

Wikimedia's core values include freedom of expression and access to information. In support of those values, Wikimedia's mission is to empower people around the world to collect and develop free educational content, and to disseminate it effectively and globally. Wikimedia carries out its mission by developing and maintaining "wiki"-based projects, which it provides to people around the world free of charge.

Wikimedia's most well-known project is Wikipedia, a free internet encyclopedia. Wikipedia is written and edited by a global community of millions of volunteers who devote their time and knowledge to disseminating information to the world. It is one of the most visited websites in the world and one of the largest collections of shared knowledge in human history. In 2017, Wikipedia contained more than 45 million articles in over 280 languages. In July alone, Wikimedia sites received approximately 15 billion pageviews.

---

[1] https://www.canlii.org/en/ca/scc/doc/2017/2017scc34/2017scc34.html.

## ARGUMENT

This case involves an order issued by a Canadian court to compel Google to remove truthful information from its search results—not just in Canada, but around the globe ("Canadian Order"). If routinely enforced by this Court, such orders could force internet platforms to suppress content that runs afoul of *any* country's laws—including information with significant artistic, scientific, historic, and cultural value that is perfectly lawful in the United States and elsewhere. Such orders would diminish the Wikimedia community's efforts to expand access to information, as well as the public's ability to find and access that information.

Wikimedia submits this brief to urge the Court to protect the global human right to freedom of expression. The Canadian Order has the potential to set a precedent for future worldwide removal orders that could impair Wikimedia's ability to carry out its work in the face of varying legal systems that guarantee different rights and impose different responsibilities. We also seek to educate the Court about the impact that worldwide removal orders could have upon the ability of the public to find information in online references such as Wikipedia, as well as the veracity and completeness of such references. In light of its nonprofit status, public-serving institutional values, community-driven mission, global online footprint, and sixteen-year history (a lifetime by internet standards), Wikimedia is uniquely situated to offer its perspective on these key elements of this case:

- The danger of interpreting international comity in favor of deference to foreign courts, when court orders with global effect may conflict with the fundamental rights to freedom of expression and access to information guaranteed to all people.
- The importance of access to information and free expression around the world while confronting barriers to access and expression that remove and conceal that information.
- The importance of search engines to users looking for information in Wikimedia's projects. Roughly half of Wikipedia pageviews come from external search engines.[2]

---

[2] *See* Wikimedia External Search Traffic, http://discovery.wmflabs.org/external/#traffic_summary (last visited Sept. 15, 2017).

- The effect of worldwide court orders directed to search engines on the Wikimedia community's efforts to expand access to information, and the public's ability to access that information.

For the foregoing reasons, Wikimedia respectfully requests that the Court grant this motion and accept the proposed amicus curiae brief and accompanying declaration of Jacob Rogers.

DATED:  September 15, 2017       Respectfully submitted,


　　　　　　　　　　　　　　　　　　　 /s/ *Marcia Hofmann*
Marcia Hofmann
ZEITGEIST LAW PC
25 Taylor Street
San Francisco, CA 94102
Email: marcia@zeitgeist.law
Telephone: (415) 830-6664

Counsel for Amicus Curiae
WIKIMEDIA FOUNDATION