Marcia Hofmann (SBN 250087)
ZEITGEIST LAW PC
25 Taylor St.
San Francisco, CA 94102
Email: marcia@zeitgeist.law
Telephone: (415) 830-6664

Counsel for Amicus Curiae
WIKIMEDIA FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EQUUSTEK SOLUTIONS INC., CLARMA ENTERPRISES, INC., and ROBERT ANGUS, <br><br> Defendants. | Case No. 5:17-cv-04207-EJD <br><br> **DECLARATION OF JACOB ROGERS** |

I, Jacob Rogers, declare:

1. I am legal counsel in charge of litigation for the Wikimedia Foundation ("Wikimedia"). I am a member in good standing of the California Bar and I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth here.

2. Wikimedia is a public-serving nonprofit organization based in San Francisco, California.

3. Wikimedia's core values are freedom of expression, access to information, independence in operation, community-based decision-making, transparency, and a commitment to diversity.

4. In support of those values, Wikimedia's mission is to empower people around the world to collect and develop free educational content, and to disseminate it effectively and globally. Wikimedia does so by developing and maintaining twelve free-knowledge "wiki"-based projects on the internet. Wikimedia provides the full contents of those projects to people around the world free of charge. To promote and support freedom of expression and access to information around the world, Wikimedia also engages in community building, public advocacy, and strategic litigation.

5. Wikimedia's most well-known project is Wikipedia, a free internet encyclopedia that is one of the most-visited websites in the world and one of the largest collections of shared knowledge in human history. In 2017, Wikipedia contained more than 45 million articles in over 280 languages. In July alone, Wikimedia sites received approximately 15 billion pageviews.

6. Wikipedia's community of contributors, editors, and readers—also called "community members"—consists of individuals from virtually every country on earth. Since Wikipedia's inception, millions of community members from around the world have collaboratively researched, written, and edited Wikipedia's content in an open process that is recorded for posterity. Community members follow policies and guidelines to ensure that information on Wikipedia is independently sourced, verifiable, accurate, and relevant to the public.

7. In addition to Wikipedia, Wikimedia hosts other projects to improve access to information around the world. They include, among others, Wikimedia Commons, an online repository of free images, sound, and other media files contributed by community members; Wikinews, a collaborative journalism platform for community members to create and edit original news articles; and Wikibooks, a platform for the creation of free textbooks and annotated texts that anyone can edit consistent with the policies of that project.

8. Community members confer with one another to make decisions that ensure respect for intellectual property rights and the privacy and dignity of individuals. For example, project communities put policies in place to help ensure that editors do not distribute materials that infringe intellectual property rights.

9. Wikimedia also follows content takedown and notice procedures under United States copyright law, but defends against takedown requests that it thinks lack merit to ensure that users across the world can freely contribute content.

10. Wikimedia has a special interest in ensuring that (A) its community members around the world continue to be able to develop reliable educational content for the public, (B) people around the world continue to be able to access that information free of barriers, and (C) governments act in a manner consistent with the fundamental freedoms guaranteed by United States and international law.

11. Wikimedia litigates cases around the world that affect access to information and free expression, particularly cases involving copyright and other content-restrictive laws.

12. Wikimedia closely followed the dispute underlying this case in the Canadian courts and intervened in that litigation with permission from the Supreme Court of Canada. *See Google Inc. v. Equustek Solutions Inc.*, 2017 SCC 34.[1]

13. Wikimedia is a co-defendant in a case brought by the City of Mannheim on behalf of the Reiss Engelhorn Museum in Germany.[2] In this case, Wikimedia seeks to ensure that faithful

---

[1] https://www.canlii.org/en/ca/scc/doc/2017/2017scc34/2017scc34.html.

[2] *See* Michelle Paulson & Geoff Brigham, *Wikimedia Foundation, Wikimedia Deutschland Urge Reiss Engelhorn Museum to Reconsider Suit Over Public Doman Works of Art*, Wikimedia Foundation (Nov. 23, 2015), https://blog.wikimedia.org/2015/11/23/lawsuit-public-domain-art.

reproductions of two-dimensional public domain artworks remain freely open and accessible in the public domain.

14. Wikimedia was the defendant in *Dr. Evelyn Schels v. Wikimedia Foundation*, a case in which it sought to affirm that German law does not prevent the Wikimedia community from publishing truthful and publicly available biographical information about famous individuals. The German court ultimately found that the plaintiff's claim of privacy and personality rights did not prevail over the public's interest in her background as found in publicly available sources.[3] Wikimedia has litigated two other German cases—*Asche v. Wikimedia Foundation* and *Peter Daag v. Wikimedia Foundation*—involving similar legal issues and principles.[4]

15. Wikimedia is the defendant in *Tessier v. Wikimedia Foundation* in France, where it is working to protect internet platforms from liability for hosting allegedly defamatory third-party content.[5] Wikimedia has defended three similar cases in Italy: *MOIGE v. Wikimedia Foundation*,[6] *Angelucci v. Wikimedia Foundation*,[7] and *Previti v. Wikimedia Foundation*.[8]

---

[3] Jacob Rogers, *Victory in Germany (Part Two): German Court Unanimously Dismisses Appeal*, Wikimedia Foundation (Aug. 9, 2016 https://blog.wikimedia.org/2016/08/09/victory-germany-appeal-dismissed; *Dr. Evelyn Schels v. Wikimedia Foundation Inc.*, 142 C 30130/14 (Amstgericht Munchen).

[4] Michelle Paulson, *Two German Courts Rule in Favor of Free Knowledge Movement*, Wikimedia Foundation (Dec. 4, 2012), https://blog.wikimedia.org/2012/12/04/two-german-courts-rule-in-favor-of-free-knowledge-movement.

[5] Michelle Paulson & Jacob Rogers, *Victory in France: Court Rules in Favor of the Wikimedia Foundation*, Wikimedia Foundation (June 20, 2016), https://blog.wikimedia.org/2016/06/20/france-legal-victory.

[6] Michelle Paulson & Geoff Brigham, *Victory in Italy: Court Rules in Favor of the Wikimedia Foundation*, Wikimedia Foundation (July 17, 2015), https://blog.wikimedia.org/2015/7/17/italy-victory-for-wikimedia. An English version of the judgment in *MOIGE* is available at https://wikimediafoundation.org/wiki/File:MOIGE_v._Wikimedia_Foundation_judgment_(english).pdf (last visited Sept. 15, 2017).

[7] Michelle Paulson, *Victory in Italy: Court Rules Wikipedia "a Service Based on the Freedom of the Users,"* Wikimedia Foundation (July 22, 2014), https://blog.wikimedia.org/2014/07/22/victory-in-italy-based-on-freedom-of-users.

[8] Michelle Paulson, *In a Legal Victory for Wikipedia, the Wikimedia Foundation Wins Lawsuit Brought by Former Berlusconi Advisor*, Wikimedia Foundation (June 26, 2013), https://blog.wikimedia.org/2013/06/26/wikimedia-foundation-legal-victory-italy.

16. Wikimedia has intervened in *Google v. Commission nationale informatique et des libertés*, a case in which a French court is considering whether requests by European citizens to delist search results pursuant to EU law should have worldwide effect or be geographically limited. The case has been referred to the Court of Justice of the European Union for guidance.[9]

17. Wikimedia has also been involved in cases in the United States to help promote freedom of expression and access to knowledge more broadly.

18. In *Wikimedia Foundation v. NSA*, No. 15-cv-00662 (filed D. Md. March 10, 2015), Wikimedia is challenging the National Security Agency's mass surveillance practice of tapping into internet backbone infrastructure to intercept international text-based communications. The suit is part of an effort to preserve the free expression and privacy rights of Wikimedia's users.[10]

19. Wikimedia has served as an amicus in *Twitter v. Sessions*, No. 14-cv-04480 (N.D. Cal. Oct. 17, 2014), an ongoing case seeking to permit online service providers to provide the public more detail about the number of national security requests they receive from the United States government.[11]

20. Wikimedia was an amicus in *Golan v. Holder*, 565 U.S. 302 (2012), a case that implicated the importance of public domain works to Wikimedia's free-knowledge mission, as well

---

[9] Aeryn Palmer, *Update: Wikimedia's Petition Against the Global Extension of Search Engine Delistings*, Wikimedia Foundation (July 31, 2017), https://blog.wikimedia.org/2017/07/31/global-search-engine-delistings-petition.

[10] *See Wikimedia Foundation v. NSA*, Wikimedia Foundation https://policy.wikimedia.org/stopsurveillance (last visited Sept. 15, 2017).

[11] Brief of Amici Curiae Automattic, Inc.; Cloudflare, Inc.; a Medium Corp.; Sonic.net, Inc.; Wickr, Inc.; and the Wikimedia Foundation in Opposition to Defendants' Partial Motion to Dismiss, *Twitter, Inc. v. Sessions*, No. 14-cv-4480 YGR (filed Feb. 17, 2015) (ECF No. 46), https://wikimediafoundation.org/wiki/File:Twitter_v_Holder_amicus.pdf; Brief of Amici Curiae A Medium Corp.; Automattic, Inc.; CREDO Mobile, Inc.; Cloudflare, Inc.; Mapbox, Inc.; Reddit, Inc.; Wickr Foundation; and the Wikimedia Foundation in Opposition to Defendants' Motion to Dismiss Amended Complaint, *Twitter, Inc. v. Sessions*, No. 14-cv-4480 YGR (filed Feb. 5, 2016) (ECF No. 96), https://wikimediafoundation.org/wiki/File:Twitter_versus_Lynch_Amicus_Brief_February_2016.pdf.

as the potential harms of restoring copyright protection for such works after they have already been freely used by the public.[12]

21.  In addition to its direct involvement in impact litigation, Wikimedia offers support to certain community members who are involved in legal actions. These programs are an important part of securing the free expression rights of the Wikimedia user community. Wikimedia maintains a legal fees assistance program for community "functionaries," such as administrators and other users with advanced privileges on Wikimedia projects, who are engaged in lawsuits.[13] Wikimedia also offers a program to aid the legal defense of certain editors when they are named as defendants in legal actions due to their policy-compliant activities on Wikimedia projects.[14] For example, Wikimedia is supporting the ongoing defense of a contributor in a Greek defamation lawsuit launched by the Greek politician and academic Theodore Katsanevas.[15] Wikimedia also supported the legal defense of Wikimedia Sverige, a Swedish Wikimedia "chapter," which is an independent entity operated by community members that promotes the Wikimedia projects and movement. A Swedish rightsholder association sued Wikimedia Sverige for posting photographs of publicly placed art online, and Swedish law was ultimately clarified in favor of the rightsholders in that case.

//

//

//

---

[12] Geoff Brigham, *Fighting for the Public Domain,* Wikimedia Foundation (June 22, 2011), https://blog.wikimedia.org/2011/06/22/fighting-for-the-public-domain.

[13] *Legal/Legal Fees Assistance Program*, Wikimedia Foundation, https://meta.wikimedia.org/wiki/Legal/Legal_Fees_Assistance_Program (last visited Sept. 15, 2017).

[14] *Defense of Contributors*, Wikimedia Foundation, https://meta.wikimedia.org/wiki/Legal/Legal_Policies#Defense_of_Contributors (last visited Sept. 15, 2017).

[15] Michelle Paulson, *Wikimedia Foundation Supports Wikipedia User Subject to Defamation Lawsuit in Greece*, Wikimedia Foundation (Feb. 14, 2014), https://blog.wikimedia.org/2014/02/14/wikimedia-foundation-supports-wikipedia-user-subject-to-defamation-lawsuit-in-greece.

1    I declare under penalty of perjury that the foregoing is true and correct to the best of my
2 knowledge and belief. Executed September 15, 2017 in San Francisco, California.

Jacob Rogers