Marcia Hofmann (SBN 250087)
ZEITGEIST LAW PC
25 Taylor St.
San Francisco, CA 94102
Email: marcia@zeitgeist.law
Telephone: (415) 830-6664

Counsel for Amicus Curiae
WIKIMEDIA FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> EQUUSTEK SOLUTIONS INC., CLARMA ENTERPRISES, INC., and ROBERT ANGUS, <br><br> Defendants. | Case No. 5:17-cv-04207-EJD <br><br> **CERTIFICATE OF INTERESTED ENTITIES OR PARTIES** |

**CERTIFICATE OF INTERESTED ENTITIES OR PARTIES**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that of this date, other than the named parties, there is no such interest to report.

DATED: September 15, 2017             Respectfully submitted,

                                          */s/ Marcia Hofmann*
                                          Marcia Hofmann
                                          ZEITGEIST LAW PC
                                          25 Taylor Street
                                          San Francisco, CA 94102
                                          Email: marcia@zeitgeist.law
                                          Telephone: (415) 830-6664

                                          Counsel for Amicus Curiae
                                          WIKIMEDIA FOUNDATION