Marcia Hofmann (SBN 250087)
ZEITGEIST LAW PC
25 Taylor St.
San Francisco, CA 94102
Email: marcia@zeitgeist.law
Telephone: (415) 830-6664

Counsel for Amicus Curiae
WIKIMEDIA FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GOOGLE, INC., | Case No. 5:17-cv-04207-EJD |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| EQUUSTEK SOLUTIONS INC., CLARMA ENTERPRISES, INC., and ROBERT ANGUS, | |
| Defendants. | |

I, Marcia Hofmann, hereby affirm that I am over the age of 18 years and not a party to this action. My business address is 25 Taylor Street, San Francisco, California.

On September 15, 2017, I served the following documents:

- Notice of Appearance of Marcia Hofmann
- Notice of Motion and Motion for Leave to File Proposed Amicus Curiae Brief of the Wikimedia Foundation and Declaration of Jacob Rogers
- Amicus Curiae Brief of the Wikimedia Foundation
- Declaration of Jacob Rogers
- [Proposed] Order
- Certificate of Interested Entities and Parties

on the person(s) below by international priority delivery. I enclosed the documents in an envelope provided by the delivery carrier and addressed to the following persons:

Equustek Solutions Inc.
Bob Huth, Manager
5489 Byrne Road
Burnaby, British Columbia V5J3J1
Canada

Robert Angus
1838 West 19th Avenue
Vancouver, British Columbia V6J2N9
Canada

Clarma Enterprises Inc.
c/o Officer and Director Robert Angus
1838 West 19th Avenue
Vancouver, British Columbia V6J2N9
Canada

I deposited the sealed envelopes for collection at an office of the delivery carrier. I am a resident of the county where the mailing occurred.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on September 18, 2017.

                /s/ *Marcia Hofmann*
                Marcia Hofmann