1  CORYNNE MCSHERRY (SBN 221504)
   corynne@eff.org
2  AARON MACKEY (SBN 286647)
   amackey@eff.org
3  VERA RANIERI (SBN 271594)
   vera@eff.org
4  ELECTRONIC FRONTIER FOUNDATION
   815 Eddy Street
5  San Francisco, CA 94109
   Telephone: (415) 436-9333
6  Facsimile: (415) 436-9993

7

8  Attorneys for Amici Curiae
   Electronic Frontier Foundation, Computer &
9  Communications Industry Association,
   Center for Democracy & Technology,
10 and Public Knowledge

11

12                    **UNITED STATES DISTRICT COURT**

13                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                              **SAN JOSE DIVISION**

15

16  **GOOGLE INC.,**                    )   No. 5:17-cv-04207-EJD
                                        )
17                          Plaintiff,  )   **PROOF OF SERVICE**
                                        )
18       v.                             )
                                        )
19                                      )
    **EQUUSTEK SOLUTIONS INC., CLARMA** )
20  **ENTERPRISES, INC., AND ROBERT**   )
    **ANGUS,**                          )
21                                      )
                                        )
22                          Defendants. )
                                        )

23

24

25

26

27

28

17-cv-04207-EJD                    PROOF OF SERVICE

I, Cynthia Dominguez, do hereby affirm that I am over the age of 18 years and not a party to the within action.  My business address is 815 Eddy Street San Francisco, California 94109.

On August 23, 2017 I served the following document:

- Order (signed by Judge Donato on August 23, 2017) Filing Amicus Curiae Brief of Electronic Frontier Foundation, Computer & Communications Industry Association, Center for Democracy & Technology, and Public Knowledge

on the person(s) below as follows:

X   By United States Postal Service International.  I enclosed the documents in a plain envelope and addressed to the person listed below:

Equustek Solutions Inc.
Bob Huth, manager
5489 Byrne Road
Burnaby, British Columbia V5J3J1
Canada

On September 18, 2017, the envelope was returned to me with a notice that the address was incomplete.

On September 18, 2017, I served the same document:

X   By overnight delivery.  I enclosed the documents in an envelope provided by an overnight delivery carrier and addressed to the persons listed below:

Equustek Solutions Inc.
Bob Huth, manager
5489 Byrne Road
Burnaby, British Columbia V5J3J1
Canada

I deposited the sealed envelope for collection and overnight delivery at an office for an overnight delivery carrier.  I am a resident of Alameda County and my business address

1  is located in the county where the mailing occurred.

2      I declare under penalty of perjury under the laws of the State of California that the

3  foregoing is true and correct and that this document was executed on September 18, 2017.

By *Cynthia Dominguez*
    Cynthia Dominguez