QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (CA Bar No. 243473)
  margretcaruso@quinnemanuel.com
Carolyn M. Homer (CA Bar No. 286441)
  carolynhomer@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Plaintiff*
*Google Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Google Inc.**, <br><br> Plaintiff, <br><br> vs. <br><br> **Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**, <br><br> Defendants. | Case No. 5:17-cv-04207-EJD <br><br> **GOOGLE INC.'S PROOF OF SERVICE OF REPLY MEMORANDUM IN SUPPORT OF GOOGLE'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

**PROOF OF SERVICE**

I am employed in Washington, District of Columbia. I am over the age of eighteen years and not a party to this action; my business address is 777 6th Street, NW, 11th Floor, Washington, D.C. 20001. On **September 21, 2017,** I caused to be served true copies of the following document described as:

**Google Inc.'s Reply Memorandum In Support of
Google's Motion for Preliminary Injunctive Relief**

on the interested parties in this action as follows:

Equustek Solutions Inc.
Bob Huth, Manager
5489 Byrne Road, #286
Burnaby, British Columbia V5J 3J1
Canada

Robert Angus
CEO, Equustek Solutions Inc.
5489 Byrne Road, #286
Burnaby, British Columbia V5J 3J1
Canada

Clarma Enterprises Inc.
c/o Registered Agent
Box 12102, Suite 1008
808 Nelson Street
Vancouver, British Columbia V6Z 2H2

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **September 21, 2017**, at Washington, D.C..

*/s/* Carolyn M. Homer
**CAROLYN M. HOMER**