Marcia Hofmann (SBN 250087)
ZEITGEIST LAW PC
25 Taylor St.
San Francisco, CA 94102
Email: marcia@zeitgeist.law
Telephone: (415) 830-6664

Counsel for Amicus Curiae
WIKIMEDIA FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GOOGLE, INC.,<br><br>                      Plaintiff,<br><br>v.<br><br>EQUUSTEK SOLUTIONS INC., CLARMA ENTERPRISES, INC., and ROBERT ANGUS,<br><br>                      Defendants. | Case No. 5:17-cv-04207-EJD<br><br>**[~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF THE WIKIMEDIA FOUNDATION AND DECLARATION OF JACOB ROGERS IN SUPPORT OF GOOGLE'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

Before the Court is the Wikimedia Foundation's motion for leave to file an amicus curiae brief and declaration of Jacob Rogers in Support of Plaintiff's Motion for Preliminary Injunctive Relief.

Having considered the motion and good cause appearing, it is hereby **ORDERED** that the motion for leave to file the amicus curiae brief and declaration is **GRANTED**.

**IT IS SO ORDERED.**

DATED: October 6, 2017

Hon. Edward J. Davila
United States District Judge