QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (CA Bar No. 243473)
   margretcaruso@quinnemanuel.com
Carolyn M. Homer (CA Bar No. 286441)
   carolynhomer@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

*Attorneys for Plaintiff
Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Google Inc.**, | Case No. 5:17-cv-04207-EJD |
| Plaintiff, | **ADMINISTRATIVE MOTION TO REFLECT CHANGE OF NAME FROM GOOGLE INC. TO GOOGLE LLC** |
| vs. | |
| **Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**, | |
| Defendants. | |

Pursuant to Civil L.R. 7-11, Plaintiff Google Inc. ("Google"), now known as Google LLC, hereby moves for an order to reflect the change of its name from Google Inc. to Google LLC and to substitute Google Inc. with Google LLC in the caption.

Google Inc. filed a Certificate of Conversion with the Delaware Secretary of State, in which Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC on September 30, 2017.  Declaration of Margret Caruso, ¶¶ 2-3, Exs. A, B.

Counsel for Google LLC will serve Defendants Equustek Solutions Inc., Clarma Enterprises Inc. and Robert Angus with this administrative motion today.  Because Defendants have expressly elected to not defend this case, Google does not expect that they will indicate whether they will or will not oppose this motion.  *Id.* at ¶ 4.

It is respectfully requested that the court order that Google Inc. shall now be known as Google LLC in this action and that the caption shall be as follows:

| | |
|---|---|
| **Google LLC**, <br><br>             Plaintiff, <br><br>       vs. <br><br> **Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**, <br><br>             Defendants. | Case No. 5:17-cv-04207-EJD |

DATED:  October 6, 2017            QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                   By: /s/ Margret M. Caruso
                                        Margret M. Caruso
                                        Carolyn M. Homer

                                        *Attorneys for Plaintiff*
                                        *Google LLC*