1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Margret M. Caruso (CA Bar No. 243473)
2    margretcaruso@quinnemanuel.com
   Carolyn M. Homer (CA Bar No. 286441)
3    carolynhomer@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065-2139
   Telephone:      (650) 801-5000
5  Facsimile:      (650) 801-5100

6  *Attorneys for Plaintiff*
   *Google LLC*

7

8                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9                          SAN JOSE DIVISION

10  **Google Inc.**,                          Case No. 5:17-cv-04207-EJD

11              Plaintiff,                     **DECLARATION OF MARGRET M. CARUSO IN
                                               SUPPORT OF ADMINISTRATIVE MOTION TO
12       vs.                                   REFLECT CHANGE OF NAME FROM GOOGLE
                                               INC. TO GOOGLE LLC**
13
    **Equustek Solutions Inc., Clarma**
14  **Enterprises Inc.**, and **Robert Angus**,

15              Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Margret M. Caruso, hereby declare as follows:

1. I am a Partner of the firm Quinn Emanuel Urquhart & Sullivan LLP and counsel for Plaintiff Google Inc., now known as Google LLC ("Google"). I am licensed to practice before this court. The following facts are true of my personal knowledge and if called and sworn as a witness, I could competently testify to them.

2. Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC on September 30, 2017 by filing a Certificate of Conversion with the Delaware Secretary of State, a true and correct copy of which is attached hereto as **Exhibit A.**

3. Google LLC filed a Certificate of Formation with the Delaware Secretary of State effective on September 30, 2017, a true and correct copy of which is attached hereto as **Exhibit B**.

4. By service of this administrative motion today, I will inform Defendants Equustek Solutions Inc., Clarma Enterprises Inc. and Robert Angus that Google Inc. changed its name to Google LLC, and that Google intends to seek an order that Google Inc. shall now be known as Google LLC in this action and Google Inc. will be substituted with Google LLC in the case caption. Because Defendants have elected to not defend this case, Google does not expect that they will indicate whether they will or will not oppose this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day in Redwood Shores, California.


DATED: October 6, 2017

                                        _/s/ Margret M. Caruso_____
                                        Margret M. Caruso

                                        *Attorney for Plaintiff*
                                        *Google LLC*

DECLARATION OF MARGRET M. CARUSO

# EXHIBIT A

# Delaware

## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND
CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE
CORPORATION UNDER THE NAME OF "GOOGLE INC." TO A DELAWARE LIMITED
LIABILITY COMPANY, CHANGING ITS NAME FROM "GOOGLE INC." TO "GOOGLE
LLC", FILED IN THIS OFFICE ON THE TWENTY-NINTH DAY OF SEPTEMBER,
A.D. 2017, AT 12:42 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE
AFORESAID CERTIFICATE OF CONVERSION IS THE THIRTIETH DAY OF
SEPTEMBER, A.D. 2017 AT 11:59 O'CLOCK P.M.



Jeffrey W. Bullock, Secretary of State

3582691  8100V
SR# 20176403570

Authentication: 203316782
Date: 09-29-17

State of Delaware
Secretary of State
Division of Corporations
Delivered 12:42 PM 09/29/2017
FILED 12:42 PM 09/29/2017
SR 20176403570 - File Number 3582691

CERTIFICATE OF CONVERSION
OF
GOOGLE INC.
(a Delaware corporation)
TO
GOOGLE LLC
(a Delaware limited liability company)

This Certificate of Conversion is being filed in accordance with the provisions of 6 Del. C. § 18-214 to convert Google Inc., a Delaware corporation (the "**Corporation**"), to Google LLC, a Delaware limited liability company, and the undersigned does hereby certify as follows:

1.     The jurisdiction where the Corporation was first incorporated is the State of Delaware.

2.     The Corporation was first incorporated in the State of Delaware on October 22, 2002.

3.     The name of the Corporation immediately prior to the filing of this Certificate of Conversion was Google Inc.

4.     The name of the limited liability company as set forth in the attached Certificate of Formation is Google LLC.

5.     The effective time of the conversion of the Corporation into a Delaware limited liability company pursuant to and in accordance with Section 266 of the General Corporation Law of the State of Delaware and Section 18-214 of the Delaware Limited Liability Company Act is 11:59 PM EDT on September 30, 2017 (the "**Effective Time**").

IN WITNESS WHEREOF, the undersigned, as an authorized officer, has executed this Certificate of Conversion.

**GOOGLE INC.**

By:   /s/ Kenneth H. Yi
Name:   Kenneth H. Yi
Title:   Assistant Secretary

# EXHIBIT B



# Delaware

Page 1

## The First State

    *I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "GOOGLE LLC" FILED IN THIS OFFICE ON THE TWENTY-NINTH DAY OF SEPTEMBER, A.D. 2017, AT 12:42 O`CLOCK P.M.*

    *AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF FORMATION IS THE THIRTIETH DAY OF SEPTEMBER, A.D. 2017 AT 11:59 O'CLOCK P.M.*



Jeffrey W. Bullock, Secretary of State

3582691  8100V

SR# 20176403570

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203316782

Date: 09-29-17

# CERTIFICATE OF FORMATION

## OF

## GOOGLE LLC

The undersigned, desiring to form a limited liability company pursuant to the Delaware Limited Liability Company Act, 6 Delaware Code, Chapter 18, does hereby certify as follows:

I.     The name of the limited liability company is Google LLC (the **"Company"**).

II.    The address of its registered office in the State of Delaware is 251 Little Falls Drive, Wilmington, County of New Castle, Delaware 19808. The name of the registered agent at such address is Corporation Service Company.

III.   The effective time of the formation of the Company into a Delaware limited liability company pursuant to and in accordance with Section 266 of the General Corporation Law of the State of Delaware and Section 18-214 of the Delaware Limited Liability Company Act is 11:59 PM EDT on September 30, 2017 (the "**Effective Time**").

IN WITNESS WHEREOF, the undersigned, as an authorized person, has executed this Certificate of Formation of Google LLC.

By:     /s/ Kenneth H. Yi
Name:     Kenneth H. Yi
Title:     Authorized Person

State of Delaware
Secretary of State
Division of Corporations
Delivered  12:42 PM 09/29/2017
FILED   12:42 PM 09/29/2017
SR 20176403570 - File Number  3582691