**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Google Inc.**, <br><br> Plaintiff, <br><br> vs. <br><br> **Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**, <br><br> Defendants. | Case No. 5:17-cv-04207-EJD <br><br> **[PROPOSED ORDER] GRANTING ADMINISTRATIVE MOTION TO REFLECT CHANGE OF NAME FROM GOOGLE INC. TO GOOGLE LLC** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT that Google Inc. shall now be known as Google LLC in this action, and the caption of the case shall be:

| | |
|---|---|
| **Google LLC**, <br><br> Plaintiff, <br><br> vs. <br><br> **Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**, <br><br> Defendants. | Case No. 5:17-cv-04207-EJD |

**IT IS SO ORDERED.**

Dated: _____, 2017

                                        Hon. Edward J. Davila
                                        United States District Judge
                                        Northern District of California