QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (CA Bar No. 243473)
   margretcaruso@quinnemanuel.com
Carolyn M. Homer (CA Bar No. 286441)
   carolynhomer@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Attorneys for Plaintiff*
*Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **Google Inc.**,<br><br>             Plaintiff,<br><br>       vs.<br><br>**Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**,<br><br>             Defendants. | Case No. 5:17-cv-04207-EJD<br><br>**GOOGLE'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

**GOOGLE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Google LLC
- XXVI Holdings Inc., Holding Company of Google LLC
- Alphabet Inc., Holding Company of XXVI Holdings Inc.

**GOOGLE'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Google discloses the following:

- Google LLC is a wholly owned subsidiary of XXVI Holdings Inc., which is a wholly owned subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

DATED: October 6, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Margret M. Caruso
Margret M. Caruso
Carolyn M. Homer

*Attorneys for Plaintiff*
*Google LLC*