**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Google Inc.**, <br><br> Plaintiff, <br><br> vs. <br><br> **Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**, <br><br> Defendants. | Case No. 5:17-cv-04207-EJD <br><br> **[P̶R̶O̶P̶O̶S̶E̶D̶ ORDER] GRANTING ADMINISTRATIVE MOTION TO REFLECT CHANGE OF NAME FROM GOOGLE INC. TO GOOGLE LLC** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT that Google Inc. shall now be known as Google LLC in this action, and the caption of the case shall be:

| | |
|---|---|
| **Google LLC**, <br><br> Plaintiff, <br><br> vs. <br><br> **Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**, <br><br> Defendants. | Case No. 5:17-cv-04207-EJD |

Case No. 5:17-cv-04207-EJD
[PROPOSED] ORDER

1
2      **IT IS SO ORDERED.**
3
4   Dated: __October 12__, 2017
5
6                                                    _____
                                                     Hon. Edward J. Davila
                                                     United States District Judge
                                                     Northern District of California
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28