1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Margret M. Caruso (CA Bar No. 243473)
2     margretcaruso@quinnemanuel.com
    Carolyn M. Homer (CA Bar No. 286441)
3     carolynhomer@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
4   Redwood Shores, California 94065-2139
    Telephone:    (650) 801-5000
5   Facsimile:    (650) 801-5100

6   *Attorneys for Plaintiff*
    *Google LLC*

7

8                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
9                      SAN JOSE DIVISION

10

11  **Google LLC**                          Case No. 5:17-cv-04207-EJD

12                Plaintiff,                **REQUEST FOR ENTRY OF DEFAULT OF ALL
                                            DEFENDANTS**
13          vs.

14  **Equustek Solutions Inc., Clarma
    Enterprises Inc.**, and **Robert Angus**,
15
                  Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Google LLC ("Google") respectfully requests that the Clerk enter the default of Defendants Equustek Solutions Inc., Clarma Enterprises Inc., and Robert Angus (collectively, "Equustek") in this action. Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure and Civil Local Rules of the Northern District of California.

On July 24, 2017, Google filed its Complaint against Defendants. Dkt. 1. On July 27, 2017, Google filed a Motion for Preliminary Injunctive Relief against Defendants. Dkt. 16. On July 26 and 27, 2017, Google hand-served each Defendant with the Complaint, the Summons, and Google's Motion for Preliminary Injunctive Relief (Dkt. 16) and supporting papers. *See* Dkt. 17-19 (Certificates of Service). Pursuant to Fed. R. Civ. Pro. 12(a)(1)(A)(i), Defendants were required to answer or otherwise respond to Google's Complaint within 21 days of service. On August 10, 2017, Google agreed to extend Equustek's time to Answer, and filed a stipulation to extend Defendants' time to oppose the Motion for Preliminary Injunctive Relief. *See* Dkt. 25. The Court thereafter granted the extension. *See* Dkt. 26. Equustek's Answer and any opposition to Google's Motion for Preliminary Injunctive Relief were due September 7, 2017. *See* Dkt. 25-26.

Equustek did not timely answer, oppose, or otherwise appear on September 7, 2017. On September 8, 2017, Defendant Robert Angus, the CEO of Equustek, faxed a letter to counsel for Google stating that Defendants would not be defending this action. Equustek has not subsequently answered, opposed, or otherwise appeared in this action. Accordingly, Google respectfully requests the Clerk enter the default of Defendants Equustek Solutions Inc., Clarma Enterprises Inc., and Robert Angus in this action.

Following Entry of Default, Google intends to move for a default judgment under Fed. R. Civ. P. 55(b), including a permanent injunction.

1   DATED:  October 31, 2017

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By:  /s/ Margret M. Caruso
       Margret M. Caruso
       Carolyn M. Homer

*Attorneys for Plaintiff*
*Google LLC*