UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **Google LLC**, | Case No. 5:17-cv-04207-EJD |
| Plaintiff, | **[PROPOSED] ENTRY OF DEFAULT OF ALL DEFENDANTS** |
| vs. | |
| **Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**, | |
| Defendants. | |

Default is entered as to Defendants Equustek Solutions Inc., Clarma Enterprises Inc., and Robert Angus.

Dated: _____, 2017

_____
Susan Y. Soong
Clerk of Court
Northern District of California