QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (CA Bar No. 243473)
   margretcaruso@quinnemanuel.com
Carolyn M. Homer (CA Bar No. 286441)
   carolynhomer@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:      (650) 801-5000
Facsimile:       (650) 801-5100

*Attorneys for Plaintiff*
*Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Google LLC**, | Case No. 5:17-cv-04207-EJD |
| Plaintiff, | **ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY AT NOVEMBER 9, 2017 CASE MANAGEMENT CONFERENCE** |
| vs. | |
| **Equustek Solutions Inc., Clarma Enterprises Inc.**, and **Robert Angus**, | |
| Defendants. | |

1    Pursuant to the Court's Standing Order for Civil Cases § III.G, Plaintiff Google LLC

2  ("Google"), hereby submits this request for permission to attend the November 9, 2017 Case

3  Management Conference telephonically, should that conference remain on the Court's calendar.

4  *See* Dkt. 46 (stating the Court would address the upcoming Case Management Conference).

5    Counsel for Google is familiar with the Court's Standing Order, which provides "Absent

6  compelling circumstances, the Court will not grant a request to appear telephonically for parties or

7  counsel who reside or have an office located within any of the Bay Area counties."  However, the

8  circumstances of this action are somewhat unique in that due to Defendants' default, they did not

9  participate in the Case Management Statement submitted to the Court, did not appear at today's

10  hearing on Google's motion for a preliminary injunction, and are not expected appear at the case

11  management hearing.  In addition, Margret Caruso, lead trial counsel for Google, has plans to be

12  in Washington, D.C. on that date, attending the Leadership Meeting of the International

13  Trademark Association, and has a committee meeting the afternoon before the scheduled Case

14  Management Conference.

15  DATED:  November 2, 2017              QUINN EMANUEL URQUHART &
16                                       SULLIVAN, LLP

17                                       By: /s/ Margret M. Caruso
                                              Margret M. Caruso
18                                            Carolyn M. Homer

19                                       *Attorneys for Plaintiff*
20                                       *Google LLC*

21

22

23

24

25

26

27

28