# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **Google LLC,**<br><br>            Plaintiff,<br><br>     vs.<br><br>**Equustek Solutions Inc.**, **Clarma Enterprises Inc.**, and **Robert Angus**,<br><br>            Defendants. | Case No. 5:17-cv-04207-EJD<br><br>**[PROPOSED ORDER] GRANTING ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT that counsel for Google LLC may appear telephonically for the November 9, 2017 case management conference, should that conference remain on calendar.

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
Hon. Edward J. Davila
United States District Judge
Northern District of California