UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

_____

www.cand.uscourts.gov

Susan Y. Soong  
Clerk of Court

General Court Number  
408-535-5363

November 3, 2017

RE:17-cv-04207-EJD  Google LLC. v. Equustek Solutions Inc.

Default is entered as to EQUUSTEK SOLUTIONS, INC, CLARMA ENTERPRISES INC., and ROBERT ANGUS on November 3, 2017.

Susan Y. Soong, Clerk

_P. Cromwell_

by:  Patty Cromwell  
Case Systems Administrator