QUINN EMANUEL URQUHART & SULLIVAN, LLP
Margret M. Caruso (CA Bar No. 243473)
  margretcaruso@quinnemanuel.com
Carolyn M. Homer (CA Bar No. 286441)
  carolynhomer@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

*Attorneys for Plaintiff*
*Google LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **Google LLC,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**Equustek Solutions Inc., Clarma Enterprises Inc.,** and **Robert Angus,**<br><br>  Defendants. | Case No. 5:17-cv-04207-EJD<br><br>**GOOGLE'S PROOF OF SERVICE OF ENTRY OF DEFAULT** |

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am employed in the Washington, District of Columbia. I am over the age of eighteen years |
| 3 | and not a party to this action; my business address is 777 6th St. N.W., Floor 11, Washington, D.C. |
| 4 | 20001. |
| 5 | On November 6, 2017, I served true copies of the following document(s) described as |

- **Clerk's November 3 Notice Entering Default as to Equustek Solutions Inc., Clarma Enterprises Inc., and Robert Angus (Dkt. 51)**

on the interested parties in this action as follows:

Equustek Solutions Inc.
Robert Angus, CEO
5489 Byrne Road, #286
Burnaby, British Columbia V5J 3J1
Canada

Clarma Enterprises Inc.
c/o Kowarsky Ritson LLP (Registered Agent)
Box 12102, Suite 1008
808 Nelson Street
Vancouver, British Columbia V6Z 2H2
Canada

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Quinn Emanuel Urquhart & Sullivan, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Washington, D.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 6, 2017, at Washington, D.C.

i                                                                Case No. 5:17-cv-04207-EJD
PROOF OF SERVICE

                                                                          *[signature]*

                                                                          **NOLAN RUSSELL**

I am admitted to practice before this Court and the foregoing service was made at my direction.

DATED: November 6, 2017                        */s/ Carolyn Homer*
                                                                        **CAROLYN HOMER**