1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Margret M. Caruso (CA Bar No. 243473)
2    margretcaruso@quinnemanuel.com
   Carolyn M. Homer (CA Bar No. 286441)
3    carolynhomer@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, California 94065-2139
   Telephone:   (650) 801-5000
5  Facsimile:   (650) 801-5100

6  *Attorneys for Plaintiff*
   *Google LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **Google LLC**, | Case No. 5:17-cv-04207-EJD |
| Plaintiff, | **GOOGLE'S PROOF OF SERVICE OF NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTIVE RELIEF** |
| vs. | |
| **Equustek Solutions Inc., Clarma Enterprises Inc.,** and **Robert Angus,** | |
| Defendants. | |

Case No. 5:17-cv-04207-EJD
PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the County of San Mateo, California. I am over the age of eighteen years and not a party to this action; my business address is 555 Twin Dolphin Drive, Floor 5, Redwood Shores, California, 94065.

On November 16, 2017, I served true copies of the following document(s) described as

- **Google's Notice of Motion and Motion for Default Judgment and Permanent Injunctive Relief**
- **Proposed Order Granting Default Judgment and Permanent Injunctive Relief**

on the interested parties in this action as follows:

Equustek Solutions Inc.
Robert Angus, CEO
5489 Byrne Road, #286
Burnaby, British Columbia V5J 3J1
Canada

Clarma Enterprises Inc.
c/o Kowarsky Ritson LLP (Registered Agent)
Box 12102, Suite 1008
808 Nelson Street
Vancouver, British Columbia V6Z 2H2
Canada

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Quinn Emanuel Urquhart & Sullivan, LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Redwood Shores, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 16, 2017, at Redwood Shores, California

*[signature: Johnie Kelly]*
**JOHNIE KELLY**

I am admitted to practice before this Court and the foregoing service was made at my direction.

DATED:  November 16, 2017                           */s/ Carolyn Homer*
                                                                          **CAROLYN HOMER**

ii                                                                                                      Case No. 5:17-cv-04207-EJD
PROOF OF SERVICE