UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EQUUSTEK SOLUTIONS INC., et al.,<br><br>    Defendants. | Case No. 5:17-cv-04207-EJD<br><br>**JUDGMENT** |

Plaintiff's motion for default judgment and for permanent injunctive relief having been granted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

Dated: December 14, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-04207-EJD
JUDGMENT

1